IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY ANDERSON,
    Plaintiff,

vs.                                                   Case No. 3:17cv878/RV/EMT

UBER TECHNOLOGIES, INC.,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 9, 2019 (ECF No. 36). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 37), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Uber Technologies, Inc.'s Motion to Dismiss (ECF No. 30) is **GRANTED** and Plaintiff's complaint **DISMISSED** for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

3. The Clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 26th day of April, 2019.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**